**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 22-1679

RONALD CALVIN WILLIAMS,

Plaintiff - Appellant,

v.

RONALD CALVIN WILLIAMS, II,

Defendant - Appellee.

Appeal from the United States District Court for the Middle District of North Carolina, at Greensboro.  Thomas D. Schroeder, Chief District Judge.  (1:20-cv-00904-TDS-JLW)

Submitted:  November 22, 2022                    Decided:  November 28, 2022

Before HARRIS and RICHARDSON, Circuit Judges, and TRAXLER, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Ronald Calvin Williams, Appellant Pro Se.  Benjamin P. Hintze, Jeffrey Scott Southerland, TUGGLE DUGGINS, PA, Greensboro, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ronald Calvin Williams appeals the district court's order granting summary judgment to Defendant on Williams' challenge to the validity of a transfer deed of real property and the court's subsequent order, following a bench trial, declining Williams' request for a declaratory judgment to void the assignment of a lease on the same property. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Williams v. Williams*, No. 1:20-cv-00904-TDS-JLW (M.D.N.C. Aug. 19, 2021; May 27, 2022). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*
